# M<sup>c</sup>BRAYER

LUKE MORGAN
LMORGAN@MMLK.COM

201 EAST MAIN STREET, SUITE 900
LEXINGTON, KENTUCKY 40507
(859) 231-8780 EXT. 105
FAX: (859) 231-6518

March 29, 2017

Alton Priddy, Esq.
2303 River Road
Suite 300
Louisville, Kentucky 40206
*Also sent via fax to (502) 632-5261*

Re: Litigation Hold IBT Local 651

Dear Mr. Priddy,

On behalf of my client, Sara Clark, I write to alert your client, the Teamsters Local Union 651, its officers, directors and employees in Lexington (the "Local"), that litigation may occur regarding the Local's decision to terminate my client's membership and employment with the Local after she expressed concerns about the Local's wrongdoing particularly involving Mike Philbeck. Ms. Clark has made alarming allegations of retaliatory behavior by the Local which culminated in the Local's termination of Ms. Clark's employment and membership with the Local.

This letter shall serve as a request of the Local to immediately preserve and stop further destruction of evidence which may be relevant to the above allegations or which may lead to the discovery of evidence relevant to these allegations. This includes but is not limited to emails, memoranda, meeting notes, text messages, and voice mail messages pertaining to Ms. Clark, which may be found in the Local's physical and electronic documents. Mr. Philbeck has control of the computer used by Ms. Clark at the Local, so requesting him to take these steps creates a significant conflict of interest for him, therefore, we request the Local task someone other than Mr. Philbeck, and who does not report to him, to implement the protection of this information. We request this electronic information from whatever source it is obtained to remain in its native format.

Please acknowledge receipt of this letter by emailing me at LMORGAN@MMLK.COM.

Sincerely,

Luke Morgan

**EXHIBIT 9**

Louisville | Lexington | Frankfort | Greenup | Washington, D.C.

mmlk.com